# In the United States Court of Federal Claims

No. 19-284T

(Filed: February 12, 2021)

| | |
|---|---|
| SHIRLEY BREWER d/b/a EMERALD GROUP/INDUSTRIAL SUPPLIES LLC, <br><br>    Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

On November 9, 2020, plaintiff filed a "motion under RCFC 59 A 1 (a), and or (B) and 60(B)(1), (5) and (6) requesting [the] court to vacate and/or amend its October 8, 2020 opinion and October 8, 2020, judgment dismissing plaintiff's amened complaint with prejudice" in this case.  See ECF No. 29.  On January 23, 2021, by order of the court, defendant filed its response brief to plaintiff's motion.  See ECF No. 32.  Thus, plaintiff's reply in support of her motion was due to be filed by February 1, 2021.  As of the filing of this order, the court has not received plaintiff's reply.

In light of plaintiff's pro se status, the court shall afford plaintiff sua sponte an enlargement of time of seventeen days, to and including February 19, 2021 within which to file her reply.  Absent the filing of a reply brief, the court shall consider plaintiff's motion ripe and a decision will issue in due course.

Accordingly, on or before **February 19, 2021**, plaintiff is directed to **FILE** a **reply** in support of her motion, ECF No. 29.

IT IS SO ORDERED.

s/*Patricia E. Campbell-Smith*
PATRICIA E. CAMPBELL-SMITH
Judge